1

2

3

4

5                              IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PHILLIP A. SAYLES,                              No. C-11-00714 EDL

9              Plaintiff,                            **ORDER SETTING MOTION  HEARING**
                                                     **DATE AND ORDERING PARTIES TO**
10   v.                                              **MEET AND CONFER**

11   UNITED STATES,

12             Defendant.
                                            /
13

14        On March 30, 2011, Plaintiff filed a Motion to Leave to Amend the Complaint, a Motion to

15   Supplement the Complaint and a Motion to Join Additional Party Defendant.  Plaintiff did not meet

16   and confer with Defendant's counsel prior to filing the motions because Defendant's counsel had not

17   yet made an appearance in this case.

18        The Court has set a hearing on Plaintiff's Motions for May 17, 2011 at 4:15 p.m. in

19   Courtroom E, 450 Golden Gate Avenue, San Francisco, CA.  Now that Defendant's counsel has

20   appeared in this case, the Court also orders the parties to meet and confer as soon as reasonably

21   possible in an effort to resolve these motions without the need for a hearing, keeping in mind that

22   "[t]he court should freely grant leave [to amend] when justice so requires."  Fed. R. Civ. Proc.

23   15(a)(2).  For Plaintiff's reference, Defendant's counsel is Assistant United States Attorney Joann

24   Swanson, who can be reached at the United States Attorney's Office at 415-436-7200.

25        If Plaintiff has not done so already, he may wish to seek assistance from the Legal Help

26   Center, a free service of the Volunteer Legal Services Program, by calling 415-782-9000 x8657 or

27   signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help

28   Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not

     legal representation.  The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook,

**United States District Court**
For the Northern District of California

1  available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office

2  on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

3      **IT IS SO ORDERED.**

4

5  Dated: April _8_, 2011

6      ELIZABETH D. LAPORTE
        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2